IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRISEL BAUTISTA o/b/o J.L.R. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 13-388 |
| ACTING COMMISSIONER OF SOCIAL SECURITY | : | |

### ORDER

AND NOW, this 24th day of NOVEMBER, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, Plaintiff's Reply and the record herein, and, after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is hereby **APPROVED AND ADOPTED.**

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket Entry No. 14) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF GRISEL BAUTISTA o/b/o J.L.R.**

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.