IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRISEL BAUTISTA o/b/o J.L.R.,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

CIVIL ACTION
NO. 13-0388

### ORDER

**AND NOW**, this 10th day of August 2015, upon consideration of Plaintiff's Complaint (Doc. No. 3), Defendant's Answer to the Complaint (Doc. No. 9), Plaintiff's Brief and Statement of Issues In Support of Request for Review (Doc. No. 14), Defendant's Response to Plaintiff's Request for Review (Doc. No. 15), United States Magistrate Judge M. Faith Angell's Report and Recommendation (Doc. No. 26), and Plaintiff's Objections to the Report and Recommendation (Doc. No. 28), it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 26) is **APPROVED** and **ADOPTED**.

2. The relief requested in Plaintiff's Brief and Statement of Issues In Support of Request for Review (Doc. No. 14) is **DENIED**.

3. Judgment is entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Grisel Bautista o/b/o J.L.R.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.